UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOLM JEMMOT,

Plaintiff,

-against-

NYS CHILD SUPPORT PROCESSING CENTER; KATHRYN A. BAUR SUPPORT MAGISTRATE; NEW YORK CITY CHILD SUPPORT ENFORCEMENT; CHILD SUPPORT AGENCY; DEPARTMENT OF TAXATION AND FINANCE.,

Defendants.

25 CIVIL 06636 (KMW)

# CIVIL JUDGMENT

For the reasons stated in the November 17, 2026, Order, the Court dismisses this action for the reasons set forth in the Order. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: New York, New York
November 20, 2026

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge